UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

Bradford Scruggs Way aka Brad Way and
Mary Katherine Deen Way aka Katherine
D. Way

                              CASE NO. 3:20-bk-02652-JAF
                              CHAPTER 7

      Debtor(s).
_____/

## CREDITOR'S RESPONSE TO TRUSTEE'S MOTION TO SELL
## 12863 JEBB ISLAND CIR S, JACKSONVILLE, FL 32224-7922

      Creditor, WELLS FARGO BANK, N.A., by and through its undersigned attorney, files its Response to the Trustee's Motion to Sell [DE-23] and as grounds thereto states as follows:

    1.  On September 8, 2020, Bradford Scruggs Way and Mary Katherine Deen Way, filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code.

    2. Secured Creditor has a security interest in the Debtor's real property located at 12863 Jebb Island Cir S, Jacksonville, FL 32224-7922 (the "Property"), which is more particularly described as:

        **LOT 15, BLOCK 28, JACKSONVILLE GOLF & COUNTRY CLUB UNIT FOUR-A, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 46, PAGES 45, 45A THROUGH 45D, INCLUSIVE OF THE CURRENT PUBLIC RECORDS OF DUVAL COUNTY, FLORIDA.**

    3. Further, and more specifically, Secured Creditor holds an interest in the Property by virtue of that certain mortgage, executed by the Debtors and properly recorded on December 15, 2010, in the Official Records of Duval County, Florida at Book 15457 at Page 1499.

    4.  On December 7, 2020, the Trustee filed a Motion to Sale [DE-23] ("Motion") requesting permission from the Court to sell the Property.

    5.  Secured Creditor does not necessarily oppose the granting of the Motion to Sell, but respectfully requests that: (a) any order provide that secured creditor will be paid in full subject to a proper payoff; (b) the Trustee's sale of the Property be explicitly conditioned on obtaining Secured Creditor's written consent at or prior to closing; (c) that all proceeds from the sale (if consented to by Secured Creditor), less realtor fees and typical and customary closing costs, shall attach to

1000005754

Secured Creditor's lien at the time of the sale and shall not become property of the Debtors' bankruptcy estate nor be subject to distribution by the trustee; and (d) deadline for the sale closing and receipt of funds should be within 90 days from the date of the order.

6. Absent the aforementioned conditions, Secured Creditor does not consent to the sale of the Property for an amount that is less than the entire amount of its lien. Secured Creditor avers that, pursuant to § 363(f), the Trustee may not conduct a "short sale" of the Property without Secured Creditor's express consent.

7. Secured Creditor reserves the right to supplement this Response as necessary.

WHEREFORE, Secured Creditor respectfully requests that this Honorable Court grant the Motion to Sell under the aforementioned conditions and restrictions or, in the alternative, deny the Trustee's Motion.

eXL Legal, PLLC
Alejandro Martinez-Maldonado, Esq.
12425 28th Street North, Suite 200
St. Petersburg, FL 33716
Telephone No. (727) 536-4911
Email Address: bk@exllegal.com
Attorney for the Movant

By:  /s/ Alejandro G. Martinez-Maldonado

Alejandro Martinez-Maldonado
FLBN 108112

1000005754

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on December 11, 2020 , by U.S. Mail and/or electronic mail via CM/ECF to:

JASON A BURGESS
1855 MAYPORT ROAD
ATLANTIC BEACH, FL 32233

ANGELA M SCOTT
1855 MAYPORT ROAD
ATLANTIC BEACH, FL 32233

GREGORY L ATWATER, TRUSTEE
P.O. BOX 1865
ORANGE PARK, FL 32073

EUGENE H JOHNSON
JOHNSON LAW FIRM, P.A.
100 N. LAURA STREET, SUITE 701
JACKSONVILLE, FL 32202

UNITED STATES TRUSTEE - JAX 13/7
GEORGE C YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FL 32801

The parties identified below were served on December 11, 2020 by U.S. Mail.

BRADFORD SCRUGGS WAY
12863 JEBB ISLAND CIRCLE SOUTH
JACKSONVILLE, FL 32224-7922

MARY KATHERINE DEEN WAY
12863 JEBB ISLAND CIRCLE SOUTH
JACKSONVILLE, FL 32224-7922

eXL Legal, PLLC
Alejandro Martinez-Maldonado, Esq.
12425 28th Street North, Suite 200
St. Petersburg, FL 33716
Telephone No. (727) 536-4911
Email Address: bk@exllegal.com
Attorney for the Movant

By: /s/ Alejandro G. Martinez-Maldonado

Alejandro Martinez-Maldonado
FLBN 108112

1000005754